BROWNE WOODS GEORGE LLP
Eric M. George (No. 166403)
Michael A. Bowse (No. 189659)
Marcy Railsback (No. 82918)
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel: 310.274.7100 -- Fax: 310.275.5697
Email: egeorge@bwgfirm.com
mbowse@bwgfirm.com
mrailsback@bwgfirm.com

ARBOGAST & BERNS
David M. Arbogast (SBN 167571)
Jeffrey K. Berns, Esq. (SBN 131351)
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367-2263
Tel: 818.961.2000 -- Fax 818.936.0232
Email: jberns@law111.com
darbogast@law111.com

Attorneys for Plaintiffs Jack and Anna Schwartz, on behalf of themselves and others similarly situated

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JACK SCHWARTZ and ANNA SCHWARTZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BENCHMARK LENDING GROUP, INC.; and DOES 1 through 20, inclusive,

Defendants.

CASE NO. CV 08-0781 AG (CTx)
Assigned to Hon. Andrew J. Guilford

**ORDER GRANTING STIPULATION OF DISMISSAL**

Complaint Filed: February 5, 2008
Discovery Cutoff: November 9, 2009
Trial Date: March 9, 2010

The parties having filed their Stipulation of Dismissal with prejudice on February 4, 2010, and good cause appearing, this action is hereby dismissed with prejudice as to the Plaintiff's individual claims and dismissed without prejudice as to the claims of the uncertified putative class.

Each party shall bear his, her, or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 05, 2010

Honorable Andrew J. Guilford
United States District Court Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, California 90067.

On February 5, 2010, I served the foregoing document described as: **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**

on the parties in this action by serving:

**SEE ATTACHED MAILING LIST**

**By Envelope -** by placing the original a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

**By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

**By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express office at 2121 Avenue of the Stars, Los Angeles, California 90067, on ________________, for delivery on the next-business-day basis to the offices of the addressee(s).

**By E-Mail Electronic Transmission**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on February 5, 2010, at Los Angeles, California.

**FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Kathy Hall
PRINT NAME

/s/ Kathy Hall
SIGNATURE

# SERVICE LIST

*Jack Schwartz, et al vs. Benchmark Lending, et al*
Case No. CV 08-0781 AG (CTx)

| ***Counsel for Defendant Benchmark Lending Group, Inc.***<br><br>DYKEMA GOSSETT LLP<br>J. Kevin Snyder<br>Naomi A. Carry<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>Tel. (213) 457-1800<br>Fax (213) 457-1850<br>Email: ksnyder@dykema.com<br>ncarry@dykema.com | |
|---|---|
| | |